**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0489-REB-OES

PEGGY HALL, an individual,

     Plaintiff,

v.

ADVANTAGE SECURITY, INC., a Colorado corporation,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The parties have filed a **Stipulation for Dismissal With Prejudice** [#15], on July 22, 2005. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

     **THEREFORE IT IS ORDERED** as follows:

     1. That the **Stipulation for Dismissal With Prejudice** [#15], filed on July 22, 2005, is **APPROVED**; and

     2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs.

     Dated this 25th day of July, 2005, at Denver, Colorado.

     BY THE COURT:

     s/ Robert E. Blackburn
     Robert E. Blackburn
     United States District Judge